In the Matter of the Claim of LUTHER WOHLSEN, Respondent, v. NEW ROCHELLE COAL & LUMBER CO. et al., Appellants, and FUND FOR REOPENEL CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.